IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CR-00315-MOC-DCK

| USA, | ) |  |
|---|---|---|
| **Plaintiff,** | ) |  |
| v. | ) | **ORDER** |
| WILLIE ANDREW COLEMAN, | ) |  |
| **Defendant.** | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 12) filed February 19, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 12) is **GRANTED**.

**SO ORDERED**.

Signed: February 19, 2013

David C. Keesler
United States Magistrate Judge